RECEIVED
SEP 26 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TROY V. GILMORE                                CIVIL ACTION NO. 10-cv-1311

VERSUS                                         JUDGE TOM STAGG

WARDEN, CLAIBORNE PARISH                       MAGISTRATE JUDGE HORNSBY
DETENTION CENTER

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the petition filed by Petitioner after the Report and Recommendation issued and that the court treated as objections,[1] and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is denied.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of September, 2014.

JUDGE TOM STAGG

---

[1] The document construed as objections and filed after the issuance of the Report and Recommendation appears to be a handwritten copy of the amended petition (Doc. 8), which was addressed in the Report and Recommendation.